I'm going to be seated. How do you pronounce your name? Myurnick. Myurnick. Yes. Myurnick. Okay, this is our 1 o'clock case in re the Marriage of Kathleen Durflinger and Philip Durflinger. We've been waiting since approximately 1235 or 1240. The appellant has not appeared. Do you wish to say anything in contribution of your brief or do you wish to make any remarks? Your Honor, I would defer to the court in that regard. I admit I was expecting Mr. Critchot to be present so there would be a rebuttal to the argument. If the court would agree, we'd like to hear the position of Mr. Durflinger. I can proceed if the court wishes. Otherwise, if the court wishes for the arguments, the counsel will stand on their briefs. We'll direct that oral argument be waived and we'll take it on the briefs. Appreciate your time and the directive is sign in by 1230 and you did so. Thank you. Thank you. The stand is recessed.